# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MACKIE CAMPILLO, | CIVIL ACTION 1:14-cv-06529 |
| Plaintiff, | |
| v. | COMPLAINT |
| STEVEN J. FINK & ASSOCIATES, P.C., | JURY TRIAL DEMANDED |
| Defendant. | |

**COMPLAINT FOR RELIEF PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT**

NOW COMES the Plaintiff, MACKIE CAMPILLO ("Mackie"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., complaining of the Defendant, STEVEN J. FINK & ASSOCIATES, P.C. ("Fink") as follows:

**NATURE OF THE ACTION**

1. Plaintiff brings this action for damages for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA").

**JURISDICTION AND VENUE**

2. This action arises under and is brought pursuant to the FDCPA. Subject matter jurisdiction is conferred upon this Court by 15 U.S.C. §1692 (FDCPA) and 28 U.S.C. §§1331, 1337, as this action arises under the laws of the United States.

3. Venue is proper in this Court pursuant to 28 U.S.C. §1391 as Fink conducts business in the Northern District of Illinois and all of the events or omissions giving rise to the claim occurred within the Northern District of Illinois.

**PARTIES**

4. Mackie is a natural person who resides in the Northern District of Illinois and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

5. At all times relevant to the action, Fink was a professional corporation in the state of Illinois located at 25 East Washington Street, Suite 1233(a), Chicago, Illinois 60602.

6. Fink is a "debt collector" as defined by the FDCPA, U.S.C. §1692a(6) because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer accounts.

**FACTS SUPPORTING CAUSE OF ACTION**

7. HBLC, Inc. ("HBLC") has been attempting to collect a debt from Mackie that was allegedly originated by Bally Total Fitness ("Bally").

8. On May 9, 2014, Fink filed a complaint in the Circuit Court of Cook County, Illinois against Mackie. The case was captioned *HBLC, Inc., final transferee of Bally Total Fitness v. Mackie Campillo*, case number 2014 M1 127072 ("Collection Case"). *See* Exhibit A, a true and correct copy of the May 9, 2014 complaint filed by Fink in the Collection Case.

9. Fink filed the Collection Case at the Richard J. Daley Center Courthouse. *Id.*

10. The Richard J. Daley Center Courthouse serves Cook County's First Municipal District. *See* Exhibit B, a true and correct copy of a map of the Circuit Court of Cook County Municipal Districts and Courthouses.

11. Civil matters that do not meet the damages threshold to be filed in the Law Division of the Circuit Court of Cook County are assigned to the Circuit Court's Civil/Municipal Division.

12. Cases filed in the First Municipal District are identified by the abbreviation "M1."

2

13. Mackie resides at 8923 Burlington Avenue, Brookfield, Illinois 60513.

14. Brookfield, Illinois is located within Cook County, but is located within the Circuit Court of Cook County's Fourth Municipal District. *Id.*

15. The Maywood Courthouse is the courthouse that serves the Circuit Court of Cook County's Fourth Municipal District. *Id.*

16. The Richard J. Daley Center Courthouse is 16 miles from Mackie's home.

17. In contrast, the Maywood Courthouse is 4.8 miles from Mackie's home.

18. In order for Mackie to travel to the Maywood Courthouse, he would have to drive on 1st Avenue to Maybrook Drive and then park in the convenient and free parking lot adjacent to the Maywood Courthouse.

19. According to Google Maps, the trip should take about 17 minutes.

20. In order for Mackie to travel to the Richard J. Daley Center, he must first travel via Interstate 55 North to Chicago and make the trek to court after expending money for parking.

21. According to Google Maps, this trip will take 24 minutes excluding the time spent in traffic, locating parking, and actually making the trek to the Richard J. Daley Center.

22. The courthouse closest to Mackie's home is the Maywood Courthouse.

### COUNT I -- VIOLATION OF THE FDCPA

23. Mackie repeats and realleges paragraphs 1 through 22 as though fully set forth herein.

24. The Collection Case was an attempt to collect a "consumer debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

25. 15 U.S.C. §1692i(a)(2) requires that a debt collector sue a consumer in the judicial district or similar legal entity where the consumer resides at the commencement of the action.

26. The closest courthouse to Mackie is the Maywood Courthouse.

27. Fink violated 15 U.S.C. §1692i(a)(2) when it filed the Collection Case at the Richard J. Daley Center Courthouse, a location some 11.2 miles further from Mackie's house than the Maywood Courthouse.

28. It can be reasonably inferred that Fink sued Mackie at a remote courthouse in order to discourage him from appearing and defending the Collection Case.

29. Mackie is therefore entitled to an award of statutory damages and legal fees pursuant to 15 U.S.C. §1692.

WHEREFORE, Plaintiff, MACKIE CAMPILLO, respectfully requests that this Honorable Court enter judgment in his favor as follows:

a. declaring that the practices complained of herein are unlawful and violate the aforementioned statutes and regulations;

b. awarding Plaintiff statutory and actual damages, in an amount to be determined at trial, for the underlying FDCPA violations;

c. awarding Plaintiff costs and reasonable attorney fees as provided under 15 U.S.C. §1692; and

d. awarding any other relief as this Honorable Court deems just and appropriate.

Dated: August 23, 2014                    Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq. ARDC#6299011
Daniel J. McGarry, Esq. ARDC#6309647
Counsel for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181